UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF NEW YORK

**AFFIDAVIT OF SUBSTITUTE SERVICE**

-----------------------------------

**OTC OUTLET, INC.**

      Plaintiff

      -against-

**ZOETIS INC. AND ZOETIS BELGIUM S.A.**

      Defendants

-----------------------------------------------------------------------------------------------

**SUMMONS & COMPLAINT**

**INDEX # 17-CV-2332**

ERIKA TEJEDA, BEING DULY SWORN DEPOSES AND SAYS AS FOLLOWS:

THAT I AM NOT A PARTY TO THE WITHIN ACTION; AM A LICENSED PROCESS SERVER OVER 18 YEARS OF AGE AND RESIDE IN KINGS COUNTY, NEW YORK.

DEPONENT WAS ABLE TO SERVE: **ZOETIS BELGIUM S.A.** BY PERSONAL DELIVERY

AT **C T CORPORATION SYSTEM, 111 EIGHTH AVENUE, NEW YORK, NY 10011**

ON **08/10/2017** AT **12:54 PM** DEPONENT SERVED THE ATTACHED **SUMMONS & COMPLAINT**

DEPONENT DESCRIBES THE INDIVIDUAL AS FOLLOWS:

| | | |
|---|---|---|
| SEX: **FEMALE** | SKIN COLOR: **WHITE** | HAIR COLOR: **BLONDE** |
| AGE: **35 - 49 yrs** | HEIGHT: **5'4" – 5'8"** | WEIGHT: **130 – 159 lbs** |

NAME OF SAID INDIVIDUAL SERVED: **ELENA BOUTAKOVA**

SERVICE ON THE RESPONDENTS WAS COMPLETED ON **08/11/2017** WHEN DEPONENT CAUSED TRUE COPIES OF THE WITHIN **SUMMONS & COMPLAINT** TO BE FORWARDED TO THE RESPONDENT AT THE PREMISES, BY FIRST CLASS MAIL, BY GIVING THE SAME IN POSTPAID PROPERLY ADDRESSED ENVELOPES BEARING THE LEGEND "PERSONAL & CONFIDENTIAL" TO A POSTAL EMPLOYEE AT THE UNITED STATES POST OFFICE IN THE STATE OF NEW YORK, FOR PROCESSING UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POSTAL SERVICE.

SWORN TO BEFORE ME ON: **8/14/2017**

X_____  
Erika Tejeda - Process Server License No: 1088563  
City Process Servers – Agency License No: 1470749

NAOMI TAMAR ROSENBLATT  
NOTARY PUBLIC State of New York  
No.01RO6340662  
Qualified in Nassau County  
Commission Expires April 18, 2020