Bonnie L. Jarrett
Jacob Victor
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Fax: (212) 446-6460
bonnie.jarrett@kirkland.com
jacob.victor@kirkland.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OTC OUTLET, INC. ,<br><br>        Plaintiff,<br><br>        v.<br><br>ZOETIS INC. *and* ZOETIS BELGIUM S.A.,<br><br>        Defendants. | **Civil Action No. 17 Civ. 02332 KAM** |

## RULE 7.1 DISCLOSURE STATEMENT

Zoetis Inc. by and through its attorneys hereby files its disclosure statement pursuant to Federal Rule of Civil Procedure 7.1. Zoetis Inc. is a publicly-traded company. Zoetis Inc. knows of no publicly held corporation that owns ten percent or more of its issued and outstanding common stock.

Dated: August 31, 2017

    /Bonnie L. Jarret/
Bonnie L. Jarrett
Jacob Victor
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Tel:  212-446-4800
Fax:  212-446-4900
bonnie.jarrett@kirkland.com
jacob.victor@kirkland.com

*Attorneys for Defendant*
ZOETIS INC.