Bonnie L. Jarrett
Jacob Victor
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Fax: (212) 446-6460
bonnie.jarrett@kirkland.com
jacob.victor@kirkland.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OTC OUTLET, INC. , <br><br>   Plaintiff, <br><br>  v. <br><br> ZOETIS INC. *and* ZOETIS BELGIUM S.A., <br><br>   Defendants. | **Civil Action No. 17 Civ. 02332 KAM** |

### NOTICE OF APPEARANCE

To: The clerk of this court and all parties of record:

 I certify that I am admitted to practice in this Court, and I appear in this case as counsel for Defendant Zoetis Inc.

Dated: August 31, 2017

/Jacob Victor/
Bonnie L. Jarrett
Jacob Victor
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Tel:  212-446-4800
Fax:  212-446-4900
bonnie.jarrett@kirkland.com
jacob.victor@kirkland.com

*Attorneys for Defendant*
ZOETIS INC.

2